FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 4 2015

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 4:15 CR 00271 KGB |
| v. ) | |
| ) | 18 U.S.C. § 641 |
| SIR JOHN ASHLEY HOLLIDAY ) | 18 U.S.C. § 1028A(a)(1) |
| ) | 42 U.S.C. § 1320d-6(a)(2) |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about September 23, 2011, in the Eastern District of Arkansas, Defendant,

SIR JOHN ASHLEY HOLLIDAY

did knowingly steal and convert to his own use money of the United States, that is, funds administered by the Department of the Treasury in the form of a federal tax refund in the name of A.T., to which he was not entitled, the value of which exceeded $1,000.00. All in violation of Title 18, United States Code, Section 641.

COUNT TWO

On or about September 13, 2011, in the Eastern District of Arkansas, Defendant,

SIR JOHN ASHLEY HOLLIDAY,

did knowingly use, without lawful authority, a means of identification of another person, to wit, a social security account number assigned to A.T., during and in relation to the offense set out in Count One. All in violation of Title 18, United States Code, § 1028A(a)(1).

COUNT THREE

On or about October 7, 2011, in the Eastern District of Arkansas, Defendant,

SIR JOHN ASHLEY HOLLIDAY

did knowingly steal and convert to his own use money of the United States, that is, funds administered by the Department of the Treasury in the form of a federal tax refund in the name of H.W., to which he was not entitled, the value of which exceeded $1,000.00. All in violation of Title 18, United States Code, Section 641.

## COUNT FOUR

On or about September 13, 2011, in the Eastern District of Arkansas, Defendant,

### SIR JOHN ASHLEY HOLLIDAY,

did knowingly use, without lawful authority, a means of identification of another person, to wit, a social security account number assigned to H.W., during and in relation to the offense set out in Count Three. All in violation of Title 18, United States Code, § 1028A(a)(1).

## COUNT FIVE

On or about November 15, 2011, in the Eastern District of Arkansas, Defendant,

### SIR JOHN ASHLEY HOLLIDAY

did knowingly steal and convert to his own use money of the United States, that is, funds administered by the Department of the Treasury in the form of a federal tax refund in the name of J.T., to which he was not entitled, the value of which exceeded $1,000.00. All in violation of Title 18, United States Code, Section 641.

## COUNT SIX

On or about October 14, 2011, in the Eastern District of Arkansas, Defendant,

### SIR JOHN ASHLEY HOLLIDAY,

did knowingly use, without lawful authority, a means of identification of another person, to wit, a social security account number assigned to J.T., during and in relation to the offense set out in Count Five. All in violation of Title 18, United States Code, § 1028A(a)(1).

## COUNT SEVEN

On or about November 15, 2011, in the Eastern District of Arkansas, Defendant,

## SIR JOHN ASHLEY HOLLIDAY

did knowingly steal and convert to his own use money of the United States, that is, funds administered by the Department of the Treasury in the form of a federal tax refund in the name of D.F., to which he was not entitled, the value of which exceeded $1,000.00. All in violation of Title 18, United States Code, Section 641.

## COUNT EIGHT

On or about October 18, 2011, in the Eastern District of Arkansas, Defendant,

## SIR JOHN ASHLEY HOLLIDAY,

did knowingly use, without lawful authority, a means of identification of another person, to wit, a social security account number assigned to D.F., during and in relation to the offense set out in Count Seven. All in violation of Title 18, United States Code, § 1028A(a)(1).

## COUNT NINE

In and around September 2011, in the Eastern District of Arkansas, Defendant,

## SIR JOHN ASHLEY HOLLIDAY,

did knowingly, without authorization, and in violation of Title 42, United States Code, Chapter 7, Subchapter XI, Part C (the Health Insurance Portability and Accountability Act or HIPAA), obtain individually identifiable health information relating to other individuals, that is, patient names and social security account numbers in medical records maintained by the Arkansas State Hospital, an entity subject to HIPAA regulations, with the intent to sell, transfer, and use such information for personal gain. All in violation of Title 42, United States Code, Section 1320d-6(a)(2) and (b)(3).

[END OF TEXT. SIGNATURE PAGE ATTACHED.]